Order issued October 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01259-CR

**TOMMY JAMES MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

# ORDER

Before Chief Justice Wright and Justices Bridges and Myers

Based on the Court's opinion of this date, we **DENY** appellant's September 26, 2012 motion to extend time to file a docketing statement.

CAROLYN WRIGHT
CHIEF JUSTICE